IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**WADE BRUMBAUGH**                                                                                  **PLAINTIFF**

v.                                                                                       CAUSE NO. 1:09cv331 LG-RHW

**CITY OF D'IBERVILLE**                                                                        **DEFENDANT**

### ORDER GRANTING DEFENDANT'S MOTION TO DISMISS

BEFORE THE COURT is the Defendant's Motion to Dismiss [15] pursuant to FED. R. CIV. P. 25. There has been no response filed. The Court finds the Motion is well-taken and should be granted.

### DISCUSSION

The City of D'Iberville requests dismissal for Plaintiff's failure to substitute a party to prosecute this action subsequent to Plaintiff Brumbaugh's death on February 27, 2010. The City filed a Suggestion of Death on March 3, 2010, triggering the requirement for a motion for substitution under Rule 25. The Rule provides that a motion for substitution may be made by any party or by the decedent's successor or representative; however, if the motion is not made within ninety days after service of a statement noting the death, the action by or against the decedent must be dismissed. FED. R. CIV. P. 25(a)(1).

Plaintiff did not file a motion for substitution within 90 days after service of the suggestion of death. Plaintiff's counsel has filed a motion to withdraw from representation, stating that Plaintiff's heirs have no interest in pursuing this action. Under these circumstances, the City's Motion to Dismiss should be granted.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the Defendant's Motion to Dismiss [15] pursuant to FED. R. CIV. P. 25 is **GRANTED**. Plaintiff's claims are dismissed with prejudice.

**SO ORDERED AND ADJUDGED** this the 14th day of November, 2011.

s/*Louis Guirola, Jr.*
Louis Guirola, Jr.
Chief United States District Judge