IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**WADE BRUMBAUGH**                                                                           **PLAINTIFF**

v.                                                      CAUSE NO. 1:09cv331 LG-RHW

**CITY OF D'IBERVILLE**                                                       **DEFENDANT**

## JUDGMENT

This matter having come on to be heard on the Defendant's Motion to Dismiss, the Court, after review and consideration, finds that in accord with the Memorandum Opinion and Order entered herewith,

**IT IS ORDERED AND ADJUDGED** that judgment is rendered in favor of the Defendant, the City of D'Iberville.  Plaintiff's claims against the City of D'Iberville are **DISMISSED with prejudice.**

**SO ORDERED AND ADJUDGED** this the 14th day of November, 2011.

*s/Louis Guirola, Jr.*
Louis Guirola, Jr.
Chief United States District Judge